482 A.2d 1273

Lowell HUDSON, D.W. Storer, Robert Hurst, John Fleck and Cecil Nave, individually and as the representatives of a class of taxpayers of Union County, the Lewisburg Area School District and Kelly Township, Appellants,

v.

UNION COUNTY, Pennsylvania; Union County Board of Assessment; Earl K. Noll, Chief Assessor of Union County; the Lewisburg Area School District; and Lucille D. Baker, Kelly Township Tax Collector.

Supreme Court of Pennsylvania.

Argued Oct. 22, 1984.

Decided Nov. 5, 1984.

James F. Geddes, Jr., Wilkes-Barre, for appellant.

Louise O. Knight, Lewisburg, for School Dist. and Lucille D. Baker, Tax Collector.

Wayne A. Bromfiled, Lewisburg, for Union Co., Bd. of Assessment and Earl K. Noll.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

NIX, C.J., and LARSEN and ZAPPALA, JJ., dissent and would reach the merits in order to clarify the procedure for raising constitutional objections.